IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| AMANDA MARIE WHITTEN, | ) CASE NO. 22-11430-KHK |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| AMANDA MARIE WHITTEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ADV. PROC. NO. 23-01009-KHK |
| | ) |
| U.S. DEPARTMENT OF EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

CONSENT MOTION FOR ENTRY OF ORDER DISCHARGING STUDENT LOANS
AND MEMORANDUM IN SUPPORT THEREOF

The United States of America, on behalf of the U.S. Department of Education (DoE), requests that the Court enter an order discharging the Plaintiff's student loans at issue in this adversary proceeding pursuant to the provisions of 11 U.S.C. § 523(a)(8). Counsel for the United States has discussed the relief requested in this motion with counsel for the Plaintiff who consents to such relief. As grounds for this Motion, the United States avers the following:

1. Plaintiff filed a complaint in this adversary proceeding on March 20, 2023, Dkt. No. 1, seeking to discharge certain student loan obligations owed to DoE (DoE Loan) in the

Matthew J. Troy
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3712
matthew.troy@usdoj.gov
Counsel for the United States of America
*Appearing pursuant to 28 U.S.C. § 517*

amount of $17,927.61. Plaintiff asserts that requiring her to repay the DoE Loan would constitute an undue hardship pursuant to 11 U.S.C. § 523(a)(8). Plaintiff seeks to discharge the DoE Loan pursuant to 11 U.S.C. § 523(a)(8).[1]

2.  The United States agrees that the Plaintiff is entitled to a discharge of the DOE Loan. The parties have executed a proposed Consent Order that accompanies this Motion.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that this Motion be granted.

Dated: July 14, 2023

                                      Respectfully submitted,

                                      JESSICA D. ABER
                                      UNITED STATES ATTORNEY

By:   */s/ Matthew J. Troy*
        Matthew J. Troy
        Assistant United States Attorney

---

[1] The Plaintiff and DoE are the real parties in interest in this proceeding. Although named as a defendant, Great Lakes Educational Loan Services, Inc., is a loan servicer, not a loan holder.

CERTIFICATE OF SERVICE

    I hereby certify a copy of foregoing will be filed with the United States Bankruptcy Court electronically in the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Date: July 14, 2023

                                            /s/ *Matthew J. Troy*
                                            Matthew J. Troy